U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| John P. LaRocque and Michael D. LaRocque, Plaintiffs<br>v.<br>IdeaCast, Inc., et al., | FILED: AUG 19, 2008<br>08CV4713<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE BROWN<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS JOHN P. LAROCQUE AND MICHAEL D. LAROCQUE

| | |
|---|---|
| NAME (Type or print)<br>Susan D. Chusyd | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Susan D. Chusyd | |
| FIRM<br>Locke Lord Bissell & Liddell LLP | |
| STREET ADDRESS<br>111 South Wacker Drive | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6215928 | TELEPHONE NUMBER<br>312-443-0328 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |