AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

John P. LaRocque and Michael D. LaRocque,
   Plaintiffs

CASE NUMBER: 08CV4713

JUDGE ZAGEL

V.

ASSIGNED JUDGE: MAGISTRATE JUDGE BROWN

IdeaCast, Inc., National CineMedia LLC,
Frederick Smith, Richard Stephen Lutterbach
and William Blair & Company, LLC

RCC

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

   National CineMedia, LLC
   c/o Registered Agent CT Corporation System
   208 South LaSalle Street
   Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Thomas J. Cunningham
   Locke Lord Bissell & Liddell LLP
   111 South Wacker Drive
   Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

**August 19, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/28/08 |
| NAME OF SERVER (PRINT) ROBERT RUSCH | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: C/T CORP. 208 S. LASALLE, CHICAGO, IL 60604 (DAWN SCHULZ)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/28/08
            Date          Signature of Server

27 N. WACKER DR. 195, CHICAGO, IL 60606
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.