AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

John P. LaRocque and Michael D. LaRocque,
   Plaintiffs

V.

IdeaCast, Inc., National CineMedia LLC,
Frederick Smith, Richard Stephen Lutterbach
and William Blair & Company, LLC

CASE NUMBER: 08CV4713
                   JUDGE ZAGEL

ASSIGNED JUDGE: MAGISTRATE JUDGE BROWN
                     RCC

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

    IdeaCast, Inc.  *Rob Salerno*
    c/o Registered Agent ~~Doug Laux~~
    1335 West Randolph
    Suite 2D
    Chicago, Illinois 60607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Thomas J. Cunningham
    Locke Lord Bissell & Liddell LLP
    111 South Wacker Drive
    Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**August 19, 2008**
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 9/3/08 |
| NAME OF SERVER (PRINT) Robert Ruscit | TITLE Process Server |
| Check one box below to indicate appropriate method of service ||

☐ Served personally upon the defendant. Place where served: IDEACAST, INC, c/o ANN BARTUS, 1335 W. RANDOLPH, 2D, CHICAGO, IL 60607

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/3/08
_Date_

_Signature of Server_

27 N. WACKER DR. 195, CHICAGO, IL 60606
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.